AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. __05 - 605__

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## NOTICE OF AVAILABILITY OF A
## UNITED STATES MAGISTRATE JUDGE
## TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF __3__ COPIES OF AO FORM 85.

__AUG 1 7 2005__

(Date forms issued)

_____
(Signature of Party or their Representative)

__John Dillon__
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action