# PRICKETT, JONES & ELLIOTT
A PROFESSIONAL ASSOCIATION
**1310 KING STREET, BOX 1328**
**WILMINGTON, DELAWARE 19899**
TEL: (302) 888-6500
FAX: (302) 658-8111
http://www.prickett.com

DOVER OFFICE
11 NORTH STATE STREET
DOVER, DE 19901
TEL: (302) 674-3841
FAX: (302) 674-5864

PENNSYLVANIA OFFICE
217 WEST STATE STREET
KENNETT SQUARE, PA 19348
TEL: (610) 444-1573
FAX: (610) 444-9273

Writer's Direct Dial: (302) 888-6521
Writer's Telecopy Number: (302) 888-6554
Writer's E-Mail Address: EMMcgeever@prickett.com

August 30, 2005

Clerk of Court
U.S. District Court
District of Delaware
Lock Box 18
Wilmington, DE 19801

Re:   **CVS Pharmacy, Inc., et al. v. Abbott Labs., et al., C.A. No. 05-605 (KAJ)**

Dear Sir/Madam:

The above captioned action was filed on August 17, 2005. It is brought on behalf of plaintiffs CVS Pharmacy, Inc., Rite Aid Corporation and Rite Aid Hdqtrs. Corp., all direct purchasers of Tricor®. It arises out of the same operative facts as in the Coordinated Direct Purchaser Actions as that term is used in Pretrial Order No. 1 entered in Civil Action Nos. 05-340, 351, 358 and 404-KAJ.

Pursuant to Section IV B of Pretrial Order No. 1, we hereby call to your attention the filing of this case which should be coordinated with the Coordinated Direct Purchaser Actions. Accordingly, future filings in this case shall be made in accordance with Pretrial Order No. 1 under the caption:

| | | |
|---|---|---|
| IN RE TRICOR DIRECT PURCHASER | : | C.A. No. 05-340 (KAJ) |
| ANTITRUST LITIGATION | : | Consolidated |

19649.1\283495v1

Clerk of the Court
August 30, 2005
Page 2

---

      If you have any questions, please do not hesitate to contact me.

                Respectfully,

                Elizabeth M. McGeever
                (DE Bar ID No. 2057)

cc:    Frederick L. Cottrell, III, Esquire (via ECF)
       Mary B. Graham, Esquire (via ECF)
       Jeffrey S. Goddess, Esquire (via ECF)
       Bruce Gerstein, Esquire (via fax)
       Joseph Lukens, Esquire (via fax)